448 A.2d 1151

Commonwealth v. James, Appellant.

Submitted May 3, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.